**Order issued June 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-12-01639-CR
_____

### MICHAEL SHAWN CHAFFIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Lang, Myers, and Evans

Based on the Court's opinion of this date, we **GRANT** the April 4, 2013 motion of Greg Gray for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Greg Gray as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Michael Shawn Chaffin, No. 1827340, Coffield Unit, 2661 FM 2054, Tennessee Colony, Texas, 75884.

<u>Douglas S. Lang</u>
DOUGLAS S. LANG
JUSTICE